IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:10CR3095 |
| V. | ) | |
| CARLOS PONCE, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the plaintiff shall file its answer and supporting brief to the defendant's motion to vacate under 28 U.S.C. section 2255 (filing no. 88) no later than May 13, 2016. The Clerk is directed to change the response date to filing no. 88 to May 13, 2016.

DATED this 13th day of April, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge