IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:10CR3095 |
| v. | ) | |
| CARLOS PONCE, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the motion to dismiss criminal case filed by the plaintiff (filing no. 98) is granted and the defendant's motion to vacate under 28 U.S.C. § 2255 (Johnson) (filing no. 88) is dismissed with prejudice.

DATED this 9th day of March, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge