IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,        )
                                 )
                Plaintiff,        )              4:10CR3095
                                 )
        v.                        )
                                 )
CARLOS PONCE,                     )              AMENDED ORDER
                                 )
                Defendant.        )
_____  )


        IT IS ORDERED that the defendant's motion to dismiss criminal case (filing no. 98) is granted and the defendant's motion to vacate under 28 U.S.C. § 2255 (Johnson) (filing no. 88) is dismissed with prejudice.

        DATED this 10th day of March, 2017.

                                BY THE COURT:

                                s/ *Richard G. Kopf*
                                Senior United States District Judge